John J. Talton, Chapter 13 Trustee  
Check No. 828142  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 06-10371 | 012-0 | RONALD JAMES PITTS<br>Original Check written to:<br>LARIMER COUNTY TREASURER<br>GARY STOKER<br>PO BOX 1250<br>FT COLLINS, CO  80522- | xx2821 | 0.00 | 201.10 | 5.36 | 206.46 |
| 06-90313 | 003-0 | ASHLEY N. CREEL<br>Original Check written to:<br>CITIZENS STATE BANK<br>P O BOX 500<br>CORRIGAN, TX  75939 | 0701 | 1,651.01 | 275.17 | 32.10 | 307.27 |